**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6181**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

NAVON MCCRIMMON,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CR-99-391-S, CA-01-3740-S)

─────────────

Submitted:  April 25, 2002            Decided:  May 6, 2002

─────────────

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Navon McCrimmon, Appellant Pro Se.  James G. Warwick, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Navon McCrimmon seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 1651 (1994), but properly construed as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. McCrimmon, Nos. CR-99-391-S; CA-01-3740-S (D. Md. Jan. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED